UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARGGIEH DICKSON, | Case No.: 2:10-cv-09043-JAK-PLA |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| COLLECTO, INC., d/b/a/ COLLECTION COMPANY OF AMERICA, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
JOHN A. KRONSTADT
United States District Judge