JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
NOV 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARGGIEH DICKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTO, INC., d/b/a/<br>COLLECTION COMPANY OF<br>AMERICA,<br><br>    Defendant. | Case No.: 2:10-cv-09043-JAK-PLA<br><br>[~~PROPOSED~~] ORDER OF<br>DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
JOHN A. KRONSTADT
United States District Judge